IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-11461
_____

ROBERT L AMOS,

                              Plaintiff-Appellant,

v.

WHEELABRATOR COAL SERVICES, CO,

                              Defendant-Appellee.

_____

Appeal from the United States District Court
for the Northern District Texas
(2:97-CV-004)
_____

November 3, 1999

Before KING, Chief Judge, and REYNALDO G. GARZA and EMILIO M.
GARZA, Circuit Judges.

PER CURIAM:[*]

    The judgment of the district court is affirmed for

essentially the reasons given by the district court in its Order

entered December 4, 1998.  See Sutton v. United Air Lines, Inc.,

119 S. Ct. 2139, 2149 (1999), and Murphy v. United Parcel Serv.,

Inc., 119 S. Ct. 2133, 2137 (1999).

    AFFIRMED.

_____

    [*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.